UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS WEIR,<br><br>       Plaintiff,<br><br>       -v.-<br><br>MONTEFIORE MEDICAL CENTER; ALBERT EINSTEIN COLLEGE OF MEDICINE; EVRIPIDIS GAVATHIOTIS; ANNA GARTNER; LITTLER MENDELSON; JEAN L. SCHMIDT; and EMILY C. HAIGH,<br><br>       Defendants. | 23 Civ. 4468 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Plaintiff's response to the Court's order to show cause. (Dkt. #18). Since responding to the Court's order to show cause, Defendants have appeared in this action. As the Court noted in its order to show cause, the Court invites Defendants to respond to the order as well as Plaintiff's submission. As such, Defendants may submit a response by **July 21, 2023**. Defendants' deadline to file a responsive pleading shall be stayed pending the Court's resolution of the issues discussed in the order to show cause, should Defendants file a response to the order and Plaintiff's filing. Should Defendants decline to respond to the order to show cause, Defendants are directed to file a response to the Complaint by July 21, 2023.

  The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

Dated: June 26, 2023
       New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge